Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Jim WOOTON, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

April 30, 1943.

D. G. Boleyn and Will C. Hoskins for movant.

Hubert Meredith, Attorney General, and Arthur T. Iler, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.